The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff v. MOHAMMED ZAFARANCHI and MARK ALFREDO LEZAMA, Defendants. | NO. CR22-122JCC<br><br>UNOPPOSED MOTION AND [~~PROPOSED~~] SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR: March 11, 2024 |
|---|---|

The Government moves the Court to enter the following proposed scheduling order in the above-captioned case. Defendants do not oppose the motion. Counsel for the government conferred with counsel for Mohammed Zafaranchi and counsel for Mark Lezama over email, and all parties approve of the proposed scheduling order.

| Event | Deadline |
|---|---|
| Expert disclosure for government's case-in-chief | 6/17/2024 |
| Expert disclosure for defense's case-in-chief | 7/15/2024 |
| Pretrial motions filing date | 7/26/2024 |

[~~PROPOSED~~] Scheduling Order - 1
*United States v. Zafaranchi* / CR22-122JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline |
|---|---|
| Rebuttal expert disclosure deadline | 7/29/2024 |
| Pretrial motions response date | 8/13/2024 |
| Pretrial motions reply date | 8/20/2024 |
| Pretrial motions noting date | 8/20/2024 |
| Government's exhibit list filing deadline | 8/21/2024 |
| Government's trial brief filing deadline | 8/21/2024 |
| Disclosure of government's witness list | 8/21/2024 |
| Government's proposed jury instructions filing date | 8/21/2024 |
| Defense exhibit list filing deadline | 8/28/2024 |
| Defense trial brief filing date | 8/28/2024 |
| Disclosure of defense witness list | 8/28/2024 |
| Defense proposed jury instructions | 8/28/2024 |
| Motions in limine filing date | 9/4/2024 |
| Motions in limine response date | 9/11/2024 |
| Government's supplemental proposed jury instructions | 9/11/2023 |
| Trial | 9/16/2024 |

DATED this 11th day of March, 2024,

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*/s Lauren Watts Staniar*
SETH WILKINSON
LAUREN WATTS STANIAR
Assistant United States Attorneys

[PROPOSED] Scheduling Order - 2
*United States v. Zafaranchi* / CR22-122JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court hereby enters a pretrial case scheduling order setting the foregoing dates and deadlines in this case.

IT IS SO ORDERED.  DATED this 12th day of March 2024.

*(signature)*

JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

*s/ Lauren Watts Staniar*
SETH WILKINSON
LAUREN WATTS STANIAR
Assistant United States Attorneys

[PROPOSED] Scheduling Order - 3
*United States v. Zafaranchi* / CR22-122JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970