JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-122-JCC-1 |
| Plaintiff, | ) ) | (PROPOSED) ORDER GRANTING DEFENDANT MOHAMMED'S MOTION |
| v. | ) ) | TO FILE UNREDACTED MOTION FOR AN EVIDENTIARY HEARING UNDER |
| MOHAMMED ZAFARANCHI, | ) ) ) | *FRANKS V. DELAWARE* AND TO SUPPRESS UNCONSTITUTIONALLY SEIZED EVIDENCE UNDER SEAL |
| Defendants. | ) | |

THE COURT has considered the Motion of Defendant Mohammed Zafaranchi for an Order to file his unredacted Motion to For an Evidentiary Hearing under *Franks v. Delaware* and to Suppress Unconstitutionally Seized Evidence and supporting Exhibits 1-4, under seal (**Dkt. No. 80**). Having reviewed the Motion and records in this case, and with good cause appearing, said Motion is GRANTED. The COURT hereby ORDERS that Defendant's unredacted Motion For an Evidentiary Hearing under *Franks v. Delaware* and to Suppress Unconstitutionally Seized Evidence and supporting Exhibits 1-4 (**Dkt. No. 81**), shall be filed and remain under seal.

IT IS SO ORDERED.

DATED this 7th day of August 2024.

*John C Coughenour*

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ David Z. Chesnoff, Esq.

[PROPOSED] ORDER
(*U.S. v. Zafaranchi*, CR22-122-JCC)

CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
(702) 384-5563

1  /s/ Richard A. Schonfeld, Esq.
Attorneys for Mohammed Zafaranchi

[PROPOSED] ORDER
(*U.S. v. Zafaranchi*, CR22-122-JCC)

**CHESNOFF & SCHONFELD**
**520 S. 4th Street**
**Las Vegas, Nevada 89101**
**(702) 384-5563**