1

JUDGE JOHN C. COUGHENOUR

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR22-122-JCC-1 |
| | ) |
| Plaintiff, | ) (PROPOSED) ORDER GRANTING |
| | ) DEFENDANT MOHAMMED'S MOTION |
| v. | ) TO FILE UNREDACTED REPLY TO |
| | ) OPPOSITION TO MOTION FOR AN |
| MOHAMMED ZAFARANCHI, | ) EVIDENTIARY HEARING UNDER |
| | ) *FRANKS V. DELAWARE* AND TO |
| | ) SUPPRESS UNCONSTITUTIONALLY |
| | ) SEIZED EVIDENCE UNDER SEAL |
| Defendants. | |

THE COURT has considered the Motion of Defendant Mohammed Zafaranchi for an

Order to file his unredacted Reply to Opposition to Motion to For an Evidentiary Hearing

under *Franks v. Delaware* and to Suppress Unconstitutionally Seized Evidence, under seal

(**Dkt. No. 101**).  Having reviewed the Motion and records in this case, and with good cause

appearing, said Motion is GRANTED.  The COURT hereby ORDERS that Defendant's

unredacted Reply (**Dkt. No. 102**) to Opposition to Motion to For an Evidentiary Hearing under

*Franks v. Delaware* and to Suppress Unconstitutionally Seized Evidence, shall be filed and

remain under seal.

IT IS SO ORDERED.

DATED this 20th day of August 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER
(*U.S. v. Zafaranchi*, CR22-122-JCC)

**CHESNOFF & SCHONFELD**
**520 S. 4th Street**
**Las Vegas, Nevada 89101**
**(702) 384-5563**

1

Presented by:

2   /s/ David Z. Chesnoff, Esq.
    /s/ Richard A. Schonfeld, Esq.
3   Attorneys for Mohammed Zafaranchi

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER
(*U.S. v. Zafaranchi*, CR22-122-JCC)

**CHESNOFF & SCHONFELD**
**520 S. 4th Street**
**Las Vegas, Nevada 89101**
**(702) 384-5563**