The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MOHAMMED ZAFARANCHI,<br><br>Defendant. | NO. CR22-122-JCC-1<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S REBUTTAL EXPERT DISCLOSURE AND REPORT AS WELL AS DEADLINE FOR GOVERNMENT'S REBUTTAL EXPERT DISCLOSURE AND REPORT |

The Court hereby grants Defendant's Unopposed Motion (**Dkt. No. 105**) to Extend Deadline for Defendant's Rebuttal Expert Disclosure and Report as well as Deadline for Government's Rebuttal Expert Disclosure and Report, so that the September 6, 2024, deadline for Defendant's rebuttal expert witness disclosure and production of his expert witness report is extended to September 20, 2024.   The Government will have until

[~~PROPOSED~~] Order Extending Deadline
for Defendant's Rebuttal Expert Disclosure
*United States v. Zafaranchi* / CR22-122JCC

CHESNOFF & SCHONFELD
520 S. 4ᵀᴴ STREET
LAS VEGAS, NEVADA 89101
(702) 384-5563

1
2  October 4, 2024, to disclose their rebuttal expert witness and produce a rebuttal report.
3       IT IS SO ORDERED.
4       DATED this 30th day of August 2024.
5
6
7                                           _____
                                            JOHN C. COUGHENOUR
8                                           United States District Court Judge
9
10
11 Presented by:
12
13 s/ David Z. Chesnoff
14 s/ Richard A. Schonfeld
   CHESNOFF & SCHONFELD
15 Attorneys for Mohammed Zafaranchi
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] Order Extending Deadline
for Defendant's Rebuttal Expert Disclosure
*United States v. Zafaranchi* / CR22-122JCC

CHESNOFF & SCHONFELD
520 S. 4TH STREET
LAS VEGAS, NEVADA 89101
(702) 384-5563