The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR22-122JCC |
|---|---|
| Plaintiff | |
| v. | [~~PROPOSED~~] ORDER SETTING DEPOSITION DESIGNATION DEADLINES |
| MOHAMMED ZAFARANCHI, | |
| Defendant. | |

This matter comes before the Court on the parties' Agreed Motion for Deposition Deadlines. The motion is **GRANTED**. The parties shall observe the following deadlines with respect to designations for the deposition of Spencer Martin:

| Date | Event |
|---|---|
| September 20, 2024 | Government provides designations of deposition to defense counsel. |
| October 9, 2024 | Defendant provides government with defendant's designations and objections to government's designated portions. |
| October 23, 2024 | Government provides defendant with cross-designations responsive to defendant's designations and objections to defendant's designated portions of deposition. |
| October 30, 2024 | Defendant provides government with objections to government's cross-designations. |

[~~Proposed~~] Order - 1
*United States v. Zafaranchi* / CR22-122JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Date | Event |
|---|---|
| November 6, 2024 | Parties submit to the Court a stipulated motion for ruling on objections raised during designated portions of deposition. |

The procedure for designating depositions and objections and for submitting a proposed order to the Court for rulings on depositions shall be consistent with W.D. Wash. Local Rule 32(e).

Following the Court's designation order, each party will prepare a DVD containing the designated portions of that party's examination. Each party will be responsible for reviewing the videos to confirm they accurately reflect the designations and the Court's order.

IT IS SO ORDERED.

DATED: September 3, 2024.

HON. JOHN C. COUGHENOUR
United States District Judge

Presented by:

*/s/ Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney

[Proposed] Order - 2
*United States v. Zafaranchi* / CR22-122JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970