The Honorable John C. Coughenour

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15
16

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MOHAMMED "MIKE" ZAFARANCHI,<br><br>Defendant. | NO. CR22-122JCC<br><br>[~~PROPOSED~~]<br>**ORDER ON GOV'T MOTION TO<br>ADMIT TEXT MESSAGE EXHIBITS** |

17      Before the Court is the Government's Motion to Admit Text Message Exhibits (**Dkt.**

18  **No. 110**). Having considered the motion, the attached exhibits, Defendant Mohammed

19  "Mike" Zafaranchi's opposition and attached exhibits, and arguments of counsel, if any,

20  the Court hereby rules as follows.

21      Defendant's objections to the Text Message Exhibits (Gov't Exhibits 904 and 907,

22  attached as Exhibits 2 and 3 to the motion) are overruled. The Court finds that the Text

23  Message Exhibits are admissible for the reasons stated in the Government's motion.

24
25
26
27

[~~PROPOSED~~] Order Regarding Text Message Exhibits - 1
*United States v. Zafaranchi*  CR22-122JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED: November 12, 2024.

_____
JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

*s/ Lauren Watts Staniar*
SETH WILKINSON
LAUREN WATTS STANIAR
Assistant United States Attorneys

[PROPOSED] Order Regarding Text Message Exhibits - 2
*United States v. Zafaranchi*  CR22-122JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970