THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MOHAMMED ZAFARANCHI,<br><br>　　　　　　Defendant. | CASE NO. CR22-0122-JCC-1<br><br>ORDER |

The Court recently granted the Government's motion to admit certain text messages, including those purportedly from alleged co-conspirator Mark Lezama. (*See* Dkt. No. 112.) In so doing, the Court stated that it reached its ruling "for the reasons stated in the Government's motion." (*Id.* at 1.) The Court now notes, regarding Mr. Lezama's text messages, that the Government established by a preponderance of the evidence the following: (1) the existence of the conspiracy, (2) Mr. Lezama's connection to the conspiracy, and (3) the statements contained within the text messages were in furtherance of the conspiracy. *See U.S. v. Crespo de Llano*, 838 F.2d 1006, 1017 (9th Cir. 1987). This is based on Mr. Lezama's admissions, as contained in his plea agreement, (*see* Dkt. No. 69 at 6–11), and statements contained within those messages, (*see, e.g.*, Dkt. No. 110-3 at 17–18), as authenticated by Spencer Martin, (*see, e.g.*, Dkt. No. 110-1 at 14, 28).

1 | DATED this 12th day of November 2024.

[Signature]

John C. Coughenour
UNITED STATES DISTRICT JUDGE