The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MOHAMMED ZAFARANCHI,<br><br>Defendant. | NO. CR22-122JCC<br><br>UNOPPOSED MOTION AND [PROPOSED] SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR:<br><br>January 7, 2025 |

The Government moves the Court to enter the following proposed scheduling order in the above-captioned case. Defendant does not oppose the motion. Counsel for the government conferred with counsel for Mohammed Zafaranchi over email, and all parties approve of the following proposed scheduling order.

| Event | Deadline |
|---|---|
| Expert disclosures | Passed |
| Pretrial motions filing date | Passed[1] |

---

[1] Defendant has indicated he may seek leave to file one or more additional pretrial motions. The government expects to oppose such leave.

[PROPOSED] Scheduling Order - 1
*United States v. Zafaranchi* / CR22-122JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline |
|---|---|
| Rebuttal expert disclosure deadline | Passed |
| Government's exhibit list filing deadline | 5/20/2025 |
| Government's trial brief filing deadline | 5/20/2025 |
| Disclosure of government's witness list | 5/20/2025 |
| Government's proposed jury instructions | 5/20/2025 |
| Exchange edited video files of Spencer Martin Deposition (*see* Dkt. No. 114) | 5/30/2025 |
| Defense exhibit list filing deadline | 5/30/2025 |
| Defense trial brief filing date | 5/30/2025 |
| Disclosure of defense witness list | 5/30/2025 |
| Defense proposed jury instructions | 5/30/2025 |
| Motions in limine filing date | 6/6/2025 |
| Motions in limine response date | 6/13/2025 |
| Government's supplemental proposed jury instructions | 6/20/2025 |
| Trial | 7/7/2025 |

//

//

[PROPOSED] Scheduling Order - 2
*United States v. Zafaranchi* / CR22-122JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   DATED this 7th day of January, 2025,

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*/s Lauren Watts Staniar*
SETH WILKINSON
LAUREN WATTS STANIAR
Assistant United States Attorneys

[PROPOSED] Scheduling Order - 3
*United States v. Zafaranchi* / CR22-122JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court hereby grants the government's unopposed motion for scheduling order. The parties are ordered to observe the scheduling order set forth above.

IT IS SO ORDERED.

DATED: January 7, 2025.

_____
JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

*s/ Lauren Watts Staniar*
SETH WILKINSON
LAUREN WATTS STANIAR
Assistant United States Attorneys

[PROPOSED] Scheduling Order - 4
*United States v. Zafaranchi* / CR22-122JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970