THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMMAD ZAFARANCHI,

Defendant.

CASE NO. CR21-0122-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

According to the scheduling order in this matter (Dkt. No. 123), trial is scheduled for July 7, 2025, with pretrial submissions due beginning May 20, 2025, and continuing thereafter. Rather than receive separate disputed submissions for motions in limine and proposed jury instructions (as envisioned in the scheduling order), the Court prefers combined respective submissions. Thus, the articulated deadlines for submission to the Court for just those items are modified below. All other deadlines remain unchanged.

- The parties shall submit to the Court motions in limine in a ***joint*** brief (rather than individual disputed filings) no later than June 13, 2025. That submission should be formatted and made in accordance with the Court's trial procedures, located at: https://www.wawd.uscourts.gov/judges/coughenour-procedures#coughenour6.

MINUTE ORDER
CR21-0122-JCC
PAGE - 1

1  • Similarly, the parties shall submit to the Court *joint* proposed jury instructions, along

2  with a proposed verdict form, by June 20, 2025. The submission should be formatted

3  and made in accordance with the Court's trial procedures, located at:

4  https://www.wawd.uscourts.gov/judges/coughenour-procedures#coughenour6.

5  In addition, the parties are DIRECTED to provide the Courtroom Deputy an updated estimate of

6  trial days via e-mail at kadya_peter@wawd.uscourts.gov.

7

8  DATED this 16th day of May 2025.

9  Ravi Subramanian
   Clerk of Court

10
   s/Kadya Peter
11  Deputy Clerk

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR21-0122-JCC
PAGE - 2