THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0122-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MOHAMMED ZAFARANCHI, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On June 7, 2025, Defendant moved to compel the disclosure of certain *Brady*/*Gigilio* material (Dkt. Nos. 134, 134-1.) Defendant noted the motion for June 20, 2025. In light of the pendency of trial in this matter, scheduled to commence July 7, 2025, an accelerated briefing schedule is necessary for Defendant's motion. Thus, the Government's response is due June 13, 2025. Defendant's reply (if any) is due June 17, 2025. The Clerk is DIRECTED to renote Defendant's motion to June 17, 2025.

DATED this 9th day of May 2025.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk

MINUTE ORDER
CR22-0122-JCC
PAGE - 1