The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR22-0122-JCC-1 |
|---|---|
| Plaintiff | |
| | [~~Proposed~~] |
| v. | ORDER TO SEAL DOCUMENT |
| MOHAMED ZAFARANCHI | |
| Defendant. | |

This matter comes before the Court on the Government's Unopposed Motion to Seal Exhibit D (**Dkt 146**), which the government filed in connection with the parties' Joint Motion in Limine Submission. Having considered the motion to seal and Exhibit D, the Court finds good cause to maintain Exhibit D under seal. The motion to seal is GRANTED.

DATED this 13th day of June 2025.

_____
JOHN C. COUGHENOUR
United States District Judge

Presented by:

Order to Seal - 1
*United States v.* Zafaranchi, CR22-0122-JCC-1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | /s/ Seth Wilkinson
SETH WILKINSON
2 | LAUREN WATTS STANIAR
DANE WESTERMEYER
3 | Assistant United States Attorneys
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Order to Seal - 2
*United States v.* Zafaranchi, CR22-0122-JCC-1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970