JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMMED ZAFARANCHI,<br><br><br><br>　　　　Defendants. | No. CR22-122-JCC-1<br><br>(~~PROPOSED~~) ORDER REGARDING DEFENDANT MOHAMMED ZAFARANCHI'S REPLY TO OPPOSITION TO MOTION FOR LEAVE TO FILE MOTION TO COMPEL DISCLOSURE OF *BRADY/GIGLIO* MATERIAL RELATED TO SINA REZVANI AND SAID UNDERLYING MOTION |

THE COURT has considered the Motion of Defendant Mohammed Zafaranchi (**Dkt 151**) for an Order to file his unredacted Reply (and Exhibits 1-2) to the Government's Opposition to Motion for Leave to File Motion to Compel Disclosure of *Brady/Giglio* Material Related to Sina Rezvani and said underlying Motion, under seal. Having reviewed the Motion and records in this case, and with good cause appearing, said Motion is GRANTED. The COURT hereby ORDERS that Defendant's Reply (and Exhibits 1-2) to the Government's Opposition to Motion for Leave to File Motion to Compel Disclosure of Brady/Giglio Material Related to Sina Rezvani and said underlying Motion, shall be filed and remain under seal.

IT IS SO ORDERED.

DATED this 20th day of June 2025.

　　　　　　　　　　　　　　　　　　　　*/s/ John C. Coughenour*
　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:
/s/ David Z. Chesnoff, Esq.
/s/ Richard A. Schonfeld, Esq.
Attorneys for Mohammed Zafaranchi

[~~PROPOSED~~] ORDER
(*U.S. v. Zafaranchi*, CR22-122-JCC)

**CHESNOFF & SCHONFELD**
520 S. 4th Street
Las Vegas, Nevada 89101
(702) 384-5563