THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED ZAFARANCHI,<br><br>Defendant. | CASE NO. CR22-00122-JCC-1<br><br>ORDER |

This matter comes before the Court on Defendant's motion for reconsideration (Dkt. No. 175). Having considered the motion, the relevant record, the applicable law, and finding oral argument unnecessary, the Court DENIES the motion.

"Motions for reconsideration are disfavored," and the Court "will ordinarily deny [them] in the absence of a showing of manifest error in the prior ruling or new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." CrR 12(b)(13)(A). Defendant's motion fails to demonstrate manifest error in the Court's prior order or new facts or legal authority warranting a redetermination of the Court's prior order. (*See* Dkt. Nos. 171 at 1–3, 175 at 1–2, 177 at 4–5.) Fundamentally, in light of the new evidence submitted,

ORDER
CR22-0122-JCC-1
PAGE - 1

Defendant fails to demonstrate that a continuance is required to preserve Defendant's fair trial rights.[1] Therefore, the motion for reconsideration (Dkt. No. 175) is DENIED.

It is so ORDERED this 30th day of June 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] Again—it is purely speculative to conclude that the triggers at issue (trial and the Iran/Israel conflict) will resolve in 90 days. Moreover, the resulting stress/anxiety Defendant complains of falls well short of that required to demonstrate that a trial at present would be a violation of his fair trial rights.

ORDER
CR22-0122-JCC-1
PAGE - 2