THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMMED ZAFARANCHI.,<br><br>　　　　　　Defendant. | CASE NO. CR22-0122-JCC-1<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court directs Courthouse Security to allow the litigants and jury in the above-captioned case to bring food and drink into the courthouse for the duration of the trial, which begins on Monday, July 7, 2025.

DATED this 3rd day of July 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Kadya Peter
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR22-0122-JCC-1
PAGE - 1