THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0122-JCC-1 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MOHAMMAD ZAFARANCHI, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court previously found that, pursuant to Fed. R. Crim. P. 32.2(b)(1)(A), it will determine whether the requisite nexus for a forfeiture money judgment has been established based on the evidence presented at trial. The parties waived their right to a hearing on the issue (including the amount subject to forfeiture) and, instead, agreed to address the matter by briefing. Thus, the Court establishes the following schedule:

- The Government's opening brief, limited to 10 pages[1] of argument, is due July 25, 2025;

---

[1] This and all page limits below are exclusive of captions, certificates of service, and supporting exhibits. The parties need not separately include trial exhibits in their submission. They need only refer to and reference them in argument.

- Defendant's response brief, limited to 10 pages of argument, is due August 8, 2025; and
- The Government's reply brief, limited to 5 pages of argument, is due August 15, 2025.

DATED this 16th day of July 2025.

Ravi Subramanian  
Clerk of Court

s/Kadya Peter  
Deputy Clerk