The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MOHAMMED ZAFARANCHI,<br>a/k/a Mike,<br><br>Defendant. | NO. CR22-122 JCC<br><br>[~~PROPOSED~~]<br><br>**ORDER GRANTING UNITED STATES' MOTION TO FILE OVERLENGTH BRIEF** |

The Court, having reviewed the United States' Motion to File Overlength Brief (**Dkt 232**), and good cause having been shown, hereby ORDERS:

The United States' Motion to File Overlength Brief is GRANTED. The United States may file its Motion for Order of Forfeiture, which is 21 pages in length and includes in excess of 6,300 words.

DATED this 10th day of September 2025.

*/s/ John C. Coughenour*
_____
HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Order Permitting Excess of 4,200 Words - 1
*U.S. v. Zafaranchi*, CR22-122 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

  *s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Order Permitting Excess of 4,200 Words - 2
*U.S. v. Zafaranchi*, CR22-122 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970