The Honorable John C. Coughenour
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN JOSUE "JOSH" HERRERA ROSALES,<br><br>Defendant, | NO. CR21-001JCC<br><br>[~~PROPOSED~~]<br>**SEALING ORDER**<br><br>Note on Calendar: February 25, 2026 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD ZAFARANCHI,<br><br>and<br><br>MARK ALFREDO LEZAMA<br><br>Defendants. | NO. CR22-0122JCC<br><br>[~~PROPOSED~~]<br>**SEALING ORDER**<br><br>Note on Calendar: February 25, 2026 |

This matter comes before the Court on the government's motion (**CR21-0001-JCC, Dkt No. 55 & CR22-0122, Dkt. No. 301**) to seal Exhibit 1 to the Declaration of Jared Young. Having considered the motion, any opposition, and the entirety of the records and files in this matter, the Court finds good cause to maintain Exhibit 1 to the Declaration of Jared Young under seal. The motion to seal is GRANTED.

*United States v. Zafaranchi*  CR22-122JCC
*United States v. Herrera*, CR21-001JCC
[~~Proposed~~] Sealing Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED: February 25, 2026.

HON. JOHN C. COUGHENOUR
United States District Judge

Presented by:

*/s/ Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney

*United States v. Zafaranchi*  CR22-122JCC
*United States v. Herrera*, CR21-001JCC
[Proposed] Sealing Order - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970