**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMMAD ZAFARANCHI,

Defendant.

No. 2:22-CR-00122-JCC-1

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ACCESS TO SEALED DOCKET ENTRIES**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Clerk's Office provide Defendant's appellate counsel, attorney Elizabeth Richardson-Royer, with copies of, or access to, the following sealed docket entries in this case: 58, 59, 64, 81, 88, 102, 128, 138, 147, 152, 167, 177, 187, 229, and 302. These documents shall continue to be maintained under seal absent further order of the Court.

IT IS SO ORDERED.

Dated: September 14, 2026

Hon. John C. Coughenour
United States District Judge